E-FILED
Friday, 18 September, 2009 12:32:55 PM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

DONALD HORACE SAMPSON,

Plaintiff

vs.

MICHAEL D. DOWNEY
CHAD KOLITWENZEW
LT. TIMMS
ZACH CURWICK
JOHN JUERGENS
ADAM GRAVES
M. DUMONTELLE
TODD SCHOLENDORF,

Defendant(s)

Case No. 09-2224
*(The case number will be assigned by the clerk)*

FILED
SEP 18 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: ______________________

☐ Unknown ______________________

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: DONALD HORACE SAMPSON

Prison Identification Number: 202273

Current address: 3050 JUSTICE WAY · KANKAKEE, ILLINOIS 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: MICHAEL D. DOWNEY

Current Job Title: CHIEF OF CORRECTIONS

Current Work Address 3050 JUSTICE WAY
KANKAKEE, ILLINOIS 60901

Defendant #2:

Full Name: CHAD KOLITWENZEW

Current Job Title: ASST CHIEF OF CORRECTIONS

Current Work Address 3050 JUSTICE WAY
KANKAKEE, ILLINOIS 60901

Defendant #3:

Full Name: ZACH CURWICK

Current Job Title: CORRECTIONAL OFFICER

Current Work Address 3050 JUSTICE WAY

KANKAKEE ILLINOIS 60901

Defendant #4:

Full Name: JOHN JUERGENS

Current Job Title: CORRECTIONAL OFFICER

Current Work Address 3050 JUSTICE WAY

KANKAKEE, ILLINOIS 60901

Defendant #5:

Full Name: ADAM GRAVES

Current Job Title: CORRECTIONAL OFFICER

Current Work Address 3050 JUSTICE WAY

KANKAKEE, ILLINOIS 60901

*For additional defendants, provide the information in the same format as above on a separate page.*

ADDITIONAL DEFENDANTS NEXT PAGE #(6-8)

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal* in forma pauperis *in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☑ No ☐

If yes, please describe I WAS ASSAULTED PHYSICALLY BY JEROME COMBS DETENTION CENTERS STAFF IN FEBRUARY OF 2009

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑ No ☐

ADDITIONAL DEFENDANTS

PG 3B

DEFENDANTS: # 6

FULL NAME: TODD SCHOLENDORF

CURRENT JOB TITLE: STG

CURRENT WORK ADDRESS: 3050 JUSTICE WAY
KANKAKEE, ILLINOIS
60901

DEFENDANT # 7

FULL NAME: LT. TIMMS

CURRENT JOB TITLE: LT

CURRENT JOB ADDRESS: 3050 JUSTICE WAY
KANKAKEE, ILLINOIS
60901

DEFENDANT # 8

FULL NAME: M. DUMONTELLE

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT JOB ADDRESS: 3050 JUSTICE WAY
KANKAKEE, ILLINOIS
60901

C. If your answer to B is yes, how many? 2? Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number SAMPSON V. DOWNEY ET AL # 09-CV-2180 OTHER CASE NUMBER "UNKNOWN"

2. Basic claim made "8TH", "5TH" AND "14TH" AMENDMENT VIOLATED

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) STILL PENDING

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not ______

C. Is the grievance process completed? Yes ☑ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence JEROME COMBS DETENTION CENTER

Date(s) of the occurrence JULY 24TH 2009 - SEPT 02 2009 - PRESENT

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

ON THE DATE OF JUNE 12TH 2009 I DETAINEE WAS PLACED IN CUSTODY OF THE JEROME COMBS DETENTION CENTER FOR PENDING CRIMINAL OFFENSES.

DATED: JULY 24TH 2009 STG. TODD SCHOLENDORF BEGAN THREATING TO DO PHYSICAL HARM TO ME FOR FILING THE PENDING 1983 CLAIM THAT INVOLVES HIS SUPERVISORS LT. TIMMS AND CHIEF MICHAEL D. DOWNEY. I SUBMITTED A GRIEVANCE TO ADMINISTRATIVE PERSONNEL ATTN. CHIEF DOWNEY REGARDING THE VERBAL THREATS FROM STAFF MEMBER STG. TODD SCHOLENDORF. THE REQUEST (GRIEVANCE) WAS RESPONDED TO BY A SUPERVISOR LT. SMITH INDICATING THAT MY COMPLAINT WOULD BE FORWARDED TO LT. TIMMS. AFTER THIS COMPLAINT, STG TODD CONTINUED TO HARRASS ME BUT, NOW MORE REGULARLY! SOON AFTER THE CONTINUED VERBAL WARNINGS (THREATS) FROM STG. TODD, CORR OFFICER ZACH CURWICK STARTED THREATING TO DO PHYSICAL HARM TO ME. SO, I STARTED FILING GRIEVANCES BACK TO-BACK BUT, REFUSED TO PUT CORR OFFICER. ZACH CURWICK(S) NAME ON THEM HOPING TO BE INTERVIEWED PERSONALLY; BUT, AFTER SEVERAL MORE GRIEVANCES REGARDING STAFF INTIMIDATION ASWELL AS PHYSICAL THREATS ON SEPT 01 2009 CORR OFFICER ZACK CURWICK WORKED IN THE HOUSING UNIT THAT I WAS BEING HOUSED AND TOLD ME TO "WATCH WHAT I ATE" THREATING TO SPIT IN MY FOOD AND ALSO SAID HE WAS GOING TO SEE HOW TOUGH I ACTUALLY AM! SO, I FILED ANOTHER GRIEVANCE TO "SUPERVISORS" REGARDING THE VERBAL THREATS AGAIN.. THE FOLLOWING DAY SEPT 02, 2009 CORR OFFICER ZACK CURWICK WORKED IN THE

HOUSING UNIT AGAIN AND CONTINUED TO TRY AND PROVOKE ME TO ACT IN A DISRESPECTFUL MANNER. AROUND 2:00PM ON SEPT 02.2009 CORR OFFICER LEAUNDRE HARRINGTON CAME TO MY CELL TO HAND ME SOME TOLIET TISSUE AND ANOTHER COMPLAINT FORM TO SUBMIT ABOUT CORR OFFICER ZACH CURWICKS CONDUCT. BUT WHEN THE CORR OFFICER L. HARRINGTON OPENED MY DOOR I PUT MY FOOT IN THE DOOR AND ASKED TO SEE A SUPERVISOR BECAUSE MY COMPLAINTS ARE BEING INTERCEPTED AND NOT BEING CONSIDERED SERIOUS. BUT C/O HARRINGTON REFUSED ME THE REQUEST FOR A SUPERVISOR AND ATTEMPTED TO CLOSE THE CELL DOOR BUT I HELD IT OPEN BECAUSE I THOUGHT THIS WOULD GET THE SUPERVISOR TO COME TO THE UNIT BUT INSTEAD C/O HARRINGTON TOLD CORR OFFICER ZACH CURWICK TO CALL FOR ASSISTANCE BECAUSE HE WAS GOING TO HAVE ME REMOVED. SO HE TOLD ME TO COME ON OUT BECAUSE I WAS GOING TO "SEGREGATION" SO WHEN I CAME DOWN THE STAIRS OFFICERS JOHN JUERGENS AND CORR OFFICER ADAM GRAVES AND CORR OFFICER M. DUMONTELLE WERE ENTERING THE UNIT PER: "ASSISTANCE NEEDED" CALL. UPON ENTERING THE HOUSING UNIT CORR OFFICER ADAM GRAVES REACHED FOR MY ARM AND I TURNED AWAY BECAUSE HE ORDERED ME TO RETURN TO MY CELL. (TO LOCK-UP) AS I WAS ATTEMPTING TO RETURN TO MY CELL OFFICER ZACH CURWICK RAN FROM BEHIND THE DESK IN A ANGRY MANNER AND STARTED COMING IN MY DIRECTION IN AN AGGRESSIVE WAY SO I MOVED IN A AREA TO WHERE THE DAYROOM TABLES WERE BETWEEN US (C/O CURWICK AND ME) AND CORR OFFICER ZACH CURWICK ATTEMPTED TO GRAB ME AROUND MY NECK. I THEN BLOCKED HIS ARM AND THEN THIS OFFICER GRABBED ME IN AN ASSAULTIVE MANNER AND REMEMBERING HIS PREVIOUS THREATS I DID STRIKE THIS OFFICER AS HE THRUGH ME TO THE FLOOR. OFFICERS JOHN JUERGENS AND ADAM GRAVES AND OFFICER ZACH CURWICK AND CORR OFFICER M. DUMONTELLE STARTED ASSAULTING ME PHYSICALLY AS ME A OFFICER CURWICK BEGAN TO FIGHT.. THEY WERE TWISTING MY ARMS AND HOLDING ME DOWN

USING EXCESSIVE FORCE THE ENTIRE TIME..

AFTER THE INCIDENT I WAS HAND-CUFFED AND TAKEN AND PLACED IN A RESTRAINT CHAIR WHILE MY RIGHT LEG BLEED AND IN PAIN.. MY LEFT SIDE (RIB AREA) WAS HURT. MY FACE WAS SWOLLEN AND HURTING. THE OFFICER M. DUMONTELLE PUT THE HAND-HUFFS ON ME SO TIGHT THAT STILL MY LEFT THUMB HAS "NO" FEELING. AS OF SEPTEMBER 11TH 2009 • 10:00PM

I SPOKE WITH CHIEF MICHAEL D. DOWNEY AND ASST CHIEF CHAD KOLITWENZEW AND REQUESTED MEDICAL ATTENTION AND TO FILE CRIMINAL CHARGES AGAINST THE STAFF MEMBERS INVOLVED BUT WAS REFUSED THIS RIGHT ASWELL AS ADEQUATE MEDICAL ATTENTION.

ON SEPT 04 2009 AROUND 12:30PM I WAS INFORMED THAT I HAD COURT. WHEN I WENT TO COURT I FOUND OUT THAT CHIEF MICHAEL D. DOWNEY AND ASST CHIEF CHAD KOLITWENZEW AND LT. TIMMS HAD ORDERED CORR OFFICERS ZACH CURWICK AND C/O JOHN JUERGENS AND ADAM GRAVES TO FILE AGGRAVATED BATTERY (2 COUNTS) AND 1 COUNT OF RESISTING A CORRECTIONAL INSTITUTIONAL EMPLOYEE WITH THE KANKAKEE COUNTY STATES ATTORNEY OFFICE.

ALSO PER: WRITTEN INCIDENT STATEMENTS FROM OFFICERS CHIEF MICHAEL D. DOWNEY ORDERED AND ALLOWED THE OFFICERS TO GO TO THE EMERGENCY ROOM FOR THEIR INJURIES BUT MADE ME WAIT UNTIL THE NEXT DAY! I WAS REFUSED THE RIGHT TO HAVE PICTURES TAKEN ALSO..

PLEASE, ISSUE PRELIMINARY INJUNCTIONS TOWARD THE ABOVE MENTIONED DEFENDANTS BECAUSE I WOULD LIKE ORDER OF PROTECTIONS AGAINST THEM. PLEASE AND THANKYOU

RELIEF REQUESTED

(State what relief you want from the court.)

MONETARY COMPENSATION

INDIVIDUALS JOBS TERMINATED

PROTECTION FROM FURTURE INJURIES

JURY DEMAND Yes [V] No [ ]

Signed this 11 day of SEPTEMBER, 2009.

NOTARY PUBLIC

(Signature of Plaintiff)

| Name of Plaintiff: MR. DONALD HORACE SAMPSON | Inmate Identification Number: # 202273 |
| --- | --- |
| Address: 3050 JUSTICE WAY KANKAKEE ILLINOIS 60901 | Telephone Number: - UNKNOWN - |